IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PETER WEINSTEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-1534-RP |
| | § | |
| JENNIFER S. MADISON, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Plaintiff Peter Weinstein ("Plaintiff") filed his complaint on December 12, 2023. (Dkt. 1). Defendant Jennifer S. Madison ("Defendant") filed an answer and counterclaim on January 17, 2024. (Dkt. 5). Plaintiff filed a motion to strike Defendant's answer and counterclaim on January 30, 2024. (Dkt. 6). Defendant filed a motion to file electronically on February 15, 2024, (Dkt. 9), which the Court granted on February 16, 2024. (Text Order, Feb. 16, 2024). Plaintiff filed a motion to supplement his motion to strike on March 1, 2024. (Dkt. 10).

To date, Defendant has not registered to file electronically. Further, Defendant's responses to the motion to strike, (Dkt. 6), and the motion to supplement, (Dkt. 10), are past due. *See* W.D. Tex. Loc. R. CV-7(d). On March 6, 2024, the Court issued an order to show cause as to why the Court should not grant as unopposed Plaintiff's motion to strike, (Dkt. 6), and motion to supplement, (Dkt. 10). (Dkt. 12).

In light of the lack of opposition to Plaintiff's two motions despite the deadline having passed and Defendant specifically being ordered to respond to both motions, (Dkt. 12), **IT IS ORDERED** that Plaintiff's motion to supplement, (Dkt. 10), is **GRANTED**. **IT IS FURTHER ORDERED** that Plaintiff's motion to strike, (Dkt. 6), is **GRANTED**. **IT IS FURTHER**

1

**ORDERED** that the Clerk of the Court shall **STRIKE** Defendant's answer and counterclaim, (Dkt. 5), from the docket sheet of this case.

    **SIGNED** on March 21, 2024.

                                                              _____
                                                              ROBERT PITMAN
                                                              UNITED STATES DISTRICT JUDGE