IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PETER WEINSTEIN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1534-RP |
| JENNIFER S. MADISON, | § § § | |
| Defendant. | § § | |

**ORDER**

Plaintiff Peter Weinstein ("Plaintiff") filed his complaint on December 12, 2023. (Dkt. 1). Defendant Jennifer S. Madison ("Defendant") filed an answer and counterclaim on January 17, 2024. (Dkt. 5). Plaintiff filed a motion to strike Defendant's answer and counterclaim on January 30, 2024. (Dkt. 6). Defendant filed a motion to file electronically on February 15, 2024, (Dkt. 9), which the Court granted on February 16, 2024. (Text Order, Feb. 16, 2024). Plaintiff filed a motion to supplement his motion to strike on March 1, 2024. (Dkt. 10). On March 6, 2024, the Court issued an order to show cause as to why the Court should not grant as unopposed Plaintiff's motion to strike, (Dkt. 6), and motion to supplement, (Dkt. 10). (Dkt. 12). Defendant did not respond. On March 21, 2024, the Court granted both motions as unopposed. (Dkt. 13). Accordingly, Defendant's answer and counterclaim, (Dkt. 5), were struck from the docket sheet of this case.

On March 25, 2024, Defendant filed a Response, Request for Continuance, and Request for Injunction Against Harassment Order Against Plaintiff. (Dkt. 14). In this filing, Defendant asks the Court to "not grant any damaging decisions, until I may present my case fully and fairly . . . ." (*Id.* at 1). Defendant also asks the Court to "not require that I confer" with Plaintiff. (*Id.*). Defendant also requests that the Court return a computer "illegally seized in an AZ AG Swatting . . . ." (*Id.* at 2). Defendant also states that she is requesting a six-month continuance on behalf of herself and the

1

Association of Professional Ballplayers of America Board "for necessary stress free health recovery of the involved parties, and to gather and gain legal access to the accounts that the plaintiffs illegally hacked into and changed the legal Board's passwords too [sic]." (*Id.* at 8). Defendant also "request[ed] an additional 2 weeks to upload further evidence." (*Id.* at 9). To date, Defendant has not done so. On March 28, 2024, Plaintiff filed a response to Defendant's motion. (Dkt. 15). On April 1, 2024, Plaintiff filed a Motion To Strike Exhibit 1 To Defendant's Response, Motion For Continuance, And Motion For Injunction Against Harassment Order. (Dkt. 16). To date, Defendant has not responded to Plaintiff's motion to strike Exhibit 1.

In light of the lack of opposition, **IT IS ORDERED** that Plaintiff's Motion To Strike Exhibit 1 To Defendant's Response, Motion For Continuance, And Motion For Injunction Against Harassment Order, (Dkt. 16), is **GRANTED** as unopposed. **IT IS FURTHER ORDERED** that Exhibit 1, (Dkt. 14, at 11–18), to Defendant's Response, Request for Continuance, and Request for Injunction Against Harassment Order Against Plaintiff, (Dkt. 14), is **STRUCK** from the docket sheet of this case.

**IT IS FURTHER ORDERED** that Defendant's Response, Motion For Continuance, And Motion For Injunction Against Harassment Order, (Dkt. 16), is **DENIED** for lack of good cause shown.

**SIGNED** on May 6, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE